IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee,<br><br>*Plaintiffs,*<br><br>v.<br><br>CAROLYN POLK,<br><br>*Defendant*. | Case No. 24-cv-1880<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFFS' AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, one of its trustees, hereby move this Court for entry of a Consent Judgment. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on March 6, 2024, seeking to recover an overpayment of pension benefits from the Defendant Carolyn Polk ("Polk") in the amount of $36,386.27.

2. Plaintiffs and Defendant have agreed to settle this matter and pursuant to the settlement terms, Defendant Polk has agreed to the entry of a Consent Judgment in favor of the Plaintiffs.

3. Plaintiffs and Defendant have now agreed to the terms of a Consent Judgment.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter the Consent Judgment, attached hereto as Exhibit A.

Respectfully submitted,

*/s/Ama G. Gyimah*
Ama G. Gyimah (ARDC #6329753)
CENTRAL STATES FUNDS
Law Department

                                            8647 W. Higgins Road, 8th Floor
                                            Chicago, Illinois 60631
                                            (847) 232-5767
                                            agyimah@centralstatesfunds.org

January 9, 2025                           *ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I, Ama G. Gyimah one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on January 9, 2025, I caused the foregoing *Plaintiffs' Agreed Motion for Entry of a Consent Judgment* to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. A copy was also sent via e-mail and UPS overnight mail to:

    Carolyn Polk
    9619 Arvin St.
    Houston, TX 77078-2801
    Polkcarolyn71@gmail.com

    Respectfully submitted,

    */s/Ama G. Gyimah*
    Ama G. Gyimah (ARDC #6329753)
    CENTRAL STATES FUNDS
    Law Department
    8647 W. Higgins Road, 8th Floor
    Chicago, Illinois 60631
    (847) 232-5767
    agyimah@centralstatesfunds.org

January 9, 2025      *ATTORNEY FOR PLAINTIFFS*